CHAMBERS OF
**JULIA SMITH GIBBONS**
CIRCUIT JUDGE
970 CLIFFORD DAVIS FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TN 38103
PHONE: (901) 495-1265
FAX: (901) 495-1270

August 27, 2004

Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:   Calendar Year 2003 Financial Disclosure Filing

Dear Judge Lisi:

I am providing the following information in response to your inquiry of August 2, 2004, concerning my June 2003 financial disclosure.

You requested that I provide the individual assets of the Schwab Institutional Brokerage Trust Account listed as a part of ▓▓ ▓▓▓▓▓▓▓▓ 401(k) plan on Part VII, page 1, line 9. I have obtained this information and will provide it, if necessary, but I do not believe that disclosure is required.

Although the 401(k) plan is self-directed in the sense that ▓▓ ▓▓▓▓▓▓ can decide generally how to invest his assets in the plan, once he has decided to participate in the Schwab Institutional Brokerage Trust Account, he cannot direct the investments within that account. This is a pooled account in the name of the plan in which ▓▓▓▓▓▓▓▓ has a pro rata portion. It is managed by an outside manager, and the manager makes all investment decisions within the account.

Of course, I will provide the requested information if the committee believes it necessary. I am hesitant to amend my disclosure to include it, however, without specific instructions from the committee after consideration of the above facts. I note that such an amendment would involve disclosure of the assets of many other individual participants in the plan who are under no reporting requirements.

Sincerely,



Julia S. Gibbons

JSG:cbm
Attachment

 **WADDELL & ASSOCIATES, INC.**
*Wealth Management*

## FAX COVER SHEET

**Date:** 8/27/04

**Attention:** Julia Gibbons

**Fax Number:** ( ) 495-1270

**From:** Louise

**Number of Pages (including cover sheet)** 6

**Comments:**

This is the contract for the E+P acct.
Hope its what you need.

### Disclaimer

The information contained in this communication is confidential, may be client privileged and is intended only for the use of the recipient designated above. Unauthorized use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately at (901) 767-9187.

5188 Wheelis Drive • Memphis, TN 38117
ph 901-767-9187 • 800-527-7263 • fx 901-767-0056
www.waddellandassociates.com
Waddell & Associates, Inc. is a registered investment adviser

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>GIBBONS, JULIA S | 2. Court or Organization<br>US SIXTH CIRCUIT CT OF APPEALS | 3. Date of Report<br>6/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial  ● Annual  ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>970<br>1187 FEDERAL BUILDING<br>167 NORTH MAIN STREET<br>MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 10 P 2:25 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2003 | STATE OF TN - SALARY AS DISTRICT ATTORNEY GENERAL |
| 2. | 2003 | SHELBY COUNTY - COUNTY SUPPLEMENT TO SALARY AS DISTRICT ATTORNEY GENERAL |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | FIRST AMENDMENT CENTER | FEB 28-MAR 1 - NASHVILLE, TN, MOOT COURT COMPETITION (TRANSPORTATION, LODGING, MEALS) |
| 2. | BROOKLYN LAW SCHOOL | APR 5-7 - BROOKLYN, NY, MOOT COURT COMPETITION (TRANSPORTATION, LODGING, MEALS) |
| 3. | UNIVERSITY OF VIRGINIA SCHOOL OF LAW | SEP 25-26 - CHARLOTTESVILLE, VA, PANELIST ON WOMEN IN THE JUDICIARY (TRANSPORATION, LODGING, MEALS) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SALLIE MAE SERVICING CORP. | PLUS EDUCATIONAL LOANS | K |
| 2. | US BANK | CREDIT CARD | J |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S | 6/11/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA - EQUITABLE LIFE ANNUITY - EQUIVEST GUARANTEED INT ACCT | A | Interest | K | T | | | | | |
| 2. IRA-EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCT | A | Interest | K | T | | | | | |
| 3. PUTNAM VOYAGER FUND | | None | K | T | | | | | |
| 4. SERIES EE SAVINGS BONDS | A | Interest | J | T | PARTIAL SALE | FALL | J | A | SEE NOTE - VIII |
| 5. NATIONAL BANK OF COMMERCE-MEMPHIS, TN | A | Interest | J | T | | | | | |
| 6. EVANS & PETREE 401(K) PLAN (SELF-DIRECTED PLAN) | | | | | | | | | |
| 7. 1) INVESTMENT CO. OF AM. DBA THE AMERICAN FUNDS GROUP | B | Dividend | M | T | | | | | |
| 8. 2) MORGAN KEEGAN MONEY MARKET FUND | A | Dividend | J | T | | | | | SEE NOTE - VIII |
| 9. 3) SCHWAB INSTITUTIONAL BROKERAGE TRUST ACCOUNT | A | Dividend | K | T | | | | | |
| 10. FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | J | T | | | | | |
| 11. STATE OF TENNESSEE 401(K) UNION PLANTERS BANK ACCOUNT | A | Interest | J | T | | | | | |
| 12. SCHWAB VALUE ADVANTAGE FUND (MONEY MARKET) | A | Dividend | | | SOLD | 1/13 | K | A | |
| 13. OARKMARK SELECT FUND | A | Dividend | J | T | | | | | |
| 14. WEITZ PARTNERS VALUE FUND | A | Dividend | | | SOLD | 10/16 | J | A | |
| 15. WHITE OAK GROWTH STOCK FUND | | None | J | T | | | | | |
| 16. JANUS HIGH YIELD FUND | A | Dividend | | | SOLD | 10/1 | J | A | |
| 17. LOOMIS SAYLES BOND FUND | A | Dividend | J | T | PARTIAL SALE | 7/17 | J | A | |
| 18. SCHWAB MONEY MARKET FUND | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S | 6/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. AXA | A | Dividend | J | T | | | | | |
| 20. FBR SMALL CAP FINANCIAL FUND | | None | | | SOLD | 4/14 | J | A | |
| 21. ARTISAN INTL FUND | | None | | | SOLD | 4/7 | J | A | |
| 22. OARKMARK INTL FUND | | None | | | SOLD | 4/7 | J | A | |
| 23. SPDR TRUST UNIT | A | Dividend | | | SOLD | 4/11 | J | A | |
| 24. BERGER MID CAP VALUE FUND | A | Dividend | J | T | SOLD | 4/17 | J | A | |
| 25. CALAMOS GROWTH FUND CL A | | None | J | T | BUY | 4/14 | J | | SEE NOTE - VIII |
| 26. | | | | | BUY | 10/16 | J | | |
| 27. MUHLENKAMP FUND | | None | J | T | BUY | 4/14 | J | | SEE NOTE - VIII |
| 28. NEEDHAM GROWTH FUND | | None | J | T | BUY | 4/14 | J | | SEE NOTE - VIII |
| 29. | | | | | BUY | 10/16 | J | | |
| 30. CALVERI TAX FREE | A | Dividend | J | T | PARTIAL SALE | 10/16 | J | A | |
| 31. MARISCO FOCUS FUND | | None | J | T | BUY | 4/14 | J | | |
| 32. JANUS MID CAP VALUE | A | Dividend | J | T | BUY | 4/17 | J | | |
| 33. RYDEX JUNO FUND | | None | J | T | BUY | 4/21 | J | | |
| 34. | | | | | BUY | 7/17 | J | | |
| 35. UNDISCOVERED MANAGERS BEHAV GRW | | None | J | T | BUY | 7/17 | J | | |
| 36. MATTHEWS PACIFIC TIGER FUND | A | Dividend | J | T | BUY | 9/11 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  BUFFALO HIGH YIELD FUND | A | Dividend | J | T | BUY | 10/2 | J | | |
| 38.  COOKE & BIELER MID-CAP VALUE | | None | J | T | BUY | 10/16 | J | | |
| 39.  EATON VANCE FLOATING | A | Dividend | J | T | BUY | 10/16 | J | | |
| 40.  NUVEEN NWQ MULTI-CAP VALUE | A | Dividend | J | T | BUY | 10/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

PART VII, LINE 4
3 US SAVINGS BONDS WERE CASHED BY ███████████████ AND THE EXACT DATES ARE NOT AVAILABLE.

PART VII, LINE 8
THERE WAS A NAME CHANGE ON THE MONEY MARKET FUND.

PART VII, LINES 25 THROUGH 29
THESE FUNDS WERE ORIGINALLY PURCHASED IN 2002. ADDITIONAL INVESTMENTS WERE MADE IN 2003 AS OF THE DATES SHOWN.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date June 11, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544